|    |                      |                                            |
|----|----------------------|--------------------------------------------|
| 1  |                      |                                            |
| 2  |                      |                                            |
| 3  |                      |                                            |
| 4  |                      |                                            |
| 5  |                      |                                            |
| 6  |                      |                                            |
| 7  |                      |                                            |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IVAN RAY WARREN,        | Case No. EDCV 18-0122 RGK (SS)                |
|-------------------------|-----------------------------------------------|
| Petitioner,             |                                               |
| v.                      | **ORDER ACCEPTING FINDINGS,**                 |
|                         | **CONCLUSIONS AND RECOMMENDATIONS**           |
| J. SOTO, Warden,        | **OF UNITED STATES MAGISTRATE JUDGE**         |
| Respondent.             |                                               |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

```
 1  \\
 2      **IT IS ORDERED** that the Petition is denied and Judgment shall
 3  be entered dismissing this action without prejudice.
 4
 5      **IT IS FURTHER ORDERED** that the Clerk serve copies of this
 6  Order and the Judgment herein on Petitioner at his address of
 7  record.
 8
 9      **LET JUDGMENT BE ENTERED ACCORDINGLY.**
10
11  DATED: March 22, 2018
12                                  *[signature: Gary Klausner]*
13                                  _____
                                    R. GARY KLAUSNER
14                                  UNITED STATES DISTRICT JUDGE
```