**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN RAY WARREN, | Case No. EDCV 18-0122 RGK (SS) |
|         Petitioner, | |
|   v. | **JUDGMENT** |
| J. SOTO, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 22, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE